# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 31, 2020

Bridget M. McCormack,
Chief Justice

160030

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

DAVID SCOTT CORZILIUS,
        Defendant-Appellant.

SC: 160030
COA: 348648
Wayne CC: 16-006765-FC

_____/

On order of the Court, the application for leave to appeal the June 10, 2019 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Wayne Circuit Court for an evidentiary hearing to determine whether the defendant's plea was understanding and voluntary.

We do not retain jurisdiction.



a0128

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 31, 2020



Clerk